IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BEN F. BEARD,                )
                             )
        Plaintiff,            )
                             )
v.                           )   CIVIL ACTION NO. 2:06cv653-WHA
                             )
LEHMAN BROTHERS HOLDINGS, INC.,)
etc., et al.,                )
                             )
        Defendants.           )

## **ORDER**

Upon consideration of the Motion to Transfer or Reassign Case (Doc. #3), filed on July 28, 2006, and the Motion to Transfer Venue (Doc. #4), filed on August 1, 2006, it is

ORDERED that the Non-moving party shall show cause, if any there be, **on or before August 16**, **2006** why the motions should not be granted. The motions will be taken under submission on that day for determination without oral hearing.

DONE this 2nd day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE