IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * Civil Action No. 2:06-CV-653-A |
| LEHMAN BROTHERS HOLDINGS, INC., | * |
| d/b/a LEHMAN CAPITAL, PETER R. KERN, | * |
| OAK ASSET MANAGEMENT, LLC, | * |
| MIDLAND LOAN SERVICES, INC., | * |
| JOLLY ROGER, LLC, JOLLY ROGER 1, INC., | * |
| CAPITAL SEVEN RECOVERY LLC, | * |
| PETER FAHEY, LARRY W. CARLSON, | * |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lehman Brothers Holdings Inc. states that it is publicly traded on the New York Stock Exchange and the Pacific Stock Exchange. Lehman Brothers Holdings Inc. further states that no publicly held company owns 10% or more of its stock directly or indirectly.

Dated: Luverne, Alabama
August 4, 2006

/s/ Terry L. Butts
Terry L. Butts (BUT009)
P. O. Drawer 272
Luverne, Alabama 36049
(334) 335-2262

-2-

/s/ Michael E. Jones
Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc. d/b/a
Lehman Capital, Midland Loan Services,
Inc., Peter R. Kern and Oak Asset
Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

by placing a copy of the same properly addressed, postage prepaid in the United States Mail, first class delivery this 4th day of August, 2006.

/s/ Michael E. Jones
Of Counsel