IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * Civil Action No. 2:06-CV-653-A |
| LEHMAN BROTHERS HOLDINGS, INC., | * |
| d/b/a LEHMAN CAPITAL, PETER R. KERN, | * |
| OAK ASSET MANAGEMENT, LLC, | * |
| MIDLAND LOAN SERVICES, INC., | * |
| JOLLY ROGER, LLC, JOLLY ROGER 1, INC., | * |
| CAPITAL SEVEN RECOVERY LLC, | * |
| PETER FAHEY, LARRY W. CARLSON, | * |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Midland Loan Services, Inc. states that it is a Delaware corporation with its principal place of business in Kansas. Midland is a wholly owned subsidiary of PNC Bank, National Association, which is wholly owned by PNC Bank Corp. Inc. a bank holding company, which is wholly owned by PNC Financial Services Group, Inc., which is publicly traded on the NYSE.

Dated: Luverne, Alabama
       August 4, 2006

/s/ Terry L. Butts_____
Terry L. Butts (BUT009)
P. O. Drawer 272
Luverne, Alabama 36049
(334) 335-2262

/s/ Michael E. Jones
Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan
Services, Inc., Peter R. Kern and
Oak Asset Management, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

by placing a copy of the same properly addressed, postage prepaid in the United States Mail, first class delivery this 4th day of August, 2006.

/s/ Michael E. Jones
Of Counsel