IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | * |
| Plaintiff, | * |
| vs. | * |
| | * Civil Action No. 2:06-CV-653-A |
| LEHMAN BROTHERS HOLDINGS, INC., | * |
| d/b/a LEHMAN CAPITAL, PETER R. KERN, | * |
| OAK ASSET MANAGEMENT, LLC, | * |
| MIDLAND LOAN SERVICES, INC., | * |
| JOLLY ROGER, LLC, JOLLY ROGER 1, INC., | * |
| CAPITAL SEVEN RECOVERY LLC, | * |
| PETER FAHEY, LARRY W. CARLSON, | * |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Oak Asset Management, LLC states it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: Luverne, Alabama
August 4, 2006

/s/ Terry L. Butts
Terry L. Butts (BUT009)
P. O. Drawer 272
Luverne, Alabama 36049
(334) 335-2262

/s/ Michael E. Jones
Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan
Services, Inc., Peter R. Kern and
Oak Asset Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

by placing a copy of the same properly addressed, postage prepaid in the United States Mail, first class delivery this 4th day of August, 2006.

/s/ Michael E. Jones
Of Counsel

2