IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | * |
| Plaintiff, | * |
| vs. | * Civil Action No: 2:06-cv-653-A |
| LEHMAN BROTHERS HOLDINGS INC., d/b/a LEHMAN CAPITAL, PETER R. KERN, OAK ASSET MANAGEMENT, LLC, MIDLAND LOAN SERVICES, INC., JOLLY ROGER, LLC, JOLLY ROGER I, INC., CAPITAL SEVEN RECOVERY, LLC, PETER FAHEY, LARRY W. CARLSON, | * |
| Defendants. | * |

**STIPULATION AS TO RESPONSE TO COMPLAINT**

The Plaintiff and the Defendants, Lehman Brothers Holdings, Inc., d/b/a Lehman Capital, Peter R. Kern, Oak Asset Management, LLC, and Midland Loan Services, Inc., would hereby stipulate that the Defendants will not be required to respond to the Complaint by motion or responsive pleading until ten (10) days after a ruling has been entered on the Motion to Transfer Venue which was filed August 1, 2006.

_____
Lee R. Benton
ASB: 8421-E63L

_____
C. Steven Ball
ASB: 5126-A64C

**OF COUNSEL:**
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205) 278-8000
Facsimile: (205) 278-8008

_/s/ Terry L. Butts_
Terry L. Butts (BUT009)
P. O. Drawer 272
Luverne, Alabama 36049
(334) 335-2262

_/s/ Michael E. Jones_
Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan
Services, Inc., Peter R. Kern and
Oak Asset Management, LLC