## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| BEN F. BEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-653-WHA |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., | ) | |
| d/b/a LEHMAN CAPITAL, PETER R. | ) | |
| KERN, OAK ASSET MANAGEMENT, LLC, | ) | |
| MIDLAND LOAN SERVICES, INC., | ) | |
| JOLLY ROGER, LLC; JOLLY ROGER I, INC., | ) | |
| CAPITAL SEVEN RECOVERY, LLC, | ) | |
| PETER FAHEY, LARRY W. CARLSON, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REMAND

COMES NOW the Plaintiff, Ben F. Beard ("Beard"), and, pursuant to 28 U.S.C. §

1447(c) and other applicable law, requests the Court to remand the present case to the Circuit

Court of Pike County, due to certain defects in the Notice of Removal.  In support thereof, the

Plaintiff relies upon the pleadings, the Court record, and the Memorandum of Law in Support of

Motion to Remand, along with its supporting exhibits, filed contemporaneously with this Motion.


/s/Lee R. Benton
Lee R. Benton
ASB: 8421-E63L


/s/C. Steven Ball
C. Steven Ball
ASB: 5126-A64C

**OF COUNSEL**:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205) 278-8000
Facsimile: (205) 278-8008

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 11th day of August, 2006:

David B. Anderson
Waller Lansden Dortch & Davis, L.L.P.
1901 6th Ave N. Ste. 1400
Birmingham, AL 35203

Terry L. Butts
P.O. Box 272
Luverne, AL 36049

Michael E. Jones
Jones & Coots, LLC
P.O. Box 367
Luverne, Alabama 36049

Steven G. Brody
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

/s/C. Steven Ball
Of Counsel