IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:06-653-WHA |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., | ) |
| d/b/a LEHMAN CAPITAL, PETER R. | ) |
| KERN, OAK ASSET MANAGEMENT, LLC, | ) |
| MIDLAND LOAN SERVICES, INC., | ) |
| JOLLY ROGER, LLC; JOLLY ROGER I, INC.,| ) |
| CAPITAL SEVEN RECOVERY, LLC, | ) |
| PETER FAHEY, LARRY W. CARLSON, | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO STAY OR EXTEND DEADLINE TO RESPOND TO
MOTION TO TRANSFER VENUE AND MOTION TO TRANSFER/REASSIGN CASE**

COMES NOW the Plaintiff, Ben F. Beard ("Beard"), and requests the Court to stay or extend the deadlines set forth in the Court's August 2, 2006, Order. In support thereof, the Plaintiff would show the Court the following:

1. On August 2, 2006, the Court entered its Order which directed the parties to respond to the pending Motion to Transfer Venue and Motion to Transfer/Reassign Case by no later than August 16, 2006.

2. Filed contemporaneously with this Motion is the Plaintiff's Motion to Remand and Memorandum of Law in Support of Motion to Remand. The Motion to Remand addresses certain procedural flaws within the Notice of Removal and requests the Court to remand the case back to the Circuit Court of Pike County, Alabama.

3.	In light of the filing of this Motion to Remand, the Plaintiff would request the Court to enter an Order which revises its August 2, 2006 Order so that the responses to the Motion to Transfer Venue and the Motion to Transfer/Reassign Case are stayed or, if necessary, extended until a specific deadline after a ruling upon the Motion to Remand.

4.	The Plaintiff would further show the Court that a revision in the deadlines in the Court's August 2, 2006, Order will not prejudice the other parties and would be in the interest of judicial economy and efficiency.

/s/Lee R. Benton  
Lee R. Benton  
ASB: 8421-E63L

/s/C. Steven Ball  
C. Steven Ball  
ASB: 5126-A64C

**OF COUNSEL**:  
BENTON & CENTENO, LLP  
2019 Third Avenue North  
Birmingham, Alabama 35203  
Phone: (205) 278-8000  
Facsimile: (205) 278-8008

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 11th day of August, 2006:

David B. Anderson
Waller Lansden Dortch & Davis, L.L.P.
1901 6th Ave N. Ste. 1400
Birmingham, AL 35203

Terry L. Butts
P.O. Box 272
Luverne, AL 36049

Michael E. Jones
Jones & Coots, LLC
P.O. Box 367
Luverne, Alabama 36049

Steven G. Brody
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

                                         /s/C. Steven Ball
                                         Of Counsel