**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| BEN F. BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  2:06-CV-653-WHA |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., | ) |
| d/b/a LEHMAN CAPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COME NOW Richard H. Gill, J. David Martin and the firm of Copeland, Franco, Screws & Gill, P.A., and enter their appearance as additional counsel of record for Plaintiff in the above-referenced matter.

     s/  J. David Martin
Richard H. Gill (GIL007)
J. David Martin (MAR190)

Counsel for Plaintiff Ben F. Beard

**OF COUNSEL:**

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box
Montgomery, AL  36101-0347
Tel:  (334) 834-1180
Fax: (334) 834-3172

Lee R. Benton
C. Steven Ball
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, AL  35203
Tel:  (205) 278-8000
Fax: (205) 278-8008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **David B. Anderson**
  david.anderson@wallerlaw.com linda.callahan@wallerlaw.com

- **Terry Lucas Butts**
  tlucasbutts@yahoo.com

- **Ryan K. Cochran**
  ryan.cochran@wallerlaw.com suzanne.wallace@wallerlaw.com

- **Michael Eugene Jones**
  jonessport@troycable.net mjones@troycable.net

- **Deanna L. Weidner**
  deanna.weidner@wallerlaw.com suzanne.wallace@wallerlaw.com


                                                      s/ J. David Martin
                                                     Of Counsel