IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:06cv653-WHA |
| | ) |
| LEHMAN BROTHERS HOLDING, | ) |
| INC., etc., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of motions presently before the court, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Stay or Extend Deadline to Respond to Motion to Transfer Venue and Motion to Transfer/Reassign Case is extended from August 16, 2006, to a date to be set by later of the court, if such an order is appropriate.

2. Defendants are given **until August 24, 2006**, to show cause, if any there be, why the Plaintiff's Motion to Remand should not be granted. The motion will be taken under submission for determination at that time.

DONE this 15th day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE