IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD,<br><br>        Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., d/b/a LEHMAN<br>CAPITAL, PETER R. KERN, OAK<br>ASSET MANAGEMENT, LLC,<br>MIDLAND LOAN SERVICES,<br>INC. JOLLY ROGER, LLC;<br>JOLLY ROGER 1, INC., CAPITAL<br>SEVEN RECOVERY, LLC, PETER<br>FAHEY, LARRY W. CARLSON,<br><br>        Defendants. | CIVIL ACTION NO.<br><br>2:06-CV-653-WHA |

## DECLARATION OF DAVID B. ANDERSON

David B. Anderson, pursuant to 28 U.S.C. § 1746, declares:

1. I have personal knowledge of the facts set forth herein and they are true and correct.

2. My firm drafted the joint Notice of Removal in this case on behalf of defendants, Jolly Roger 1, Inc., n/k/a Jolly Roger LLC, Capital Seven

Recovery, LLC, Larry Carlson and Peter Fahey (the "Jolly Roger Defendants") and Lehman Brothers Holdings, Inc., Peter R. Kern, Oak Asset Management, LLC, and Midland Loan Services (the "Lehman Defendants").

3. Attached hereto as Exhibit A is a true and correct copy of the signature page to the Notice of Filing of Notice of Removal filed in Circuit Court of Pike County, Alabama ("Notice of Filing") that I signed and that was sent to Jones & Coots, LLC, counsel for the Lehman Defendants, on July 21, 2006, to authorize said counsel, as my agent and representative, to sign my name to all removal papers as counsel for the Jolly Roger Defendants.

4. By signing the Notice of Filing and directing it to be sent to counsel, I intended to authorize my signature and to bind myself and the Jolly Roger Defendants to the representations in the removal papers. My signature represented that the Jolly Roger Defendants joined with the Lehman Defendants to file a Notice of Removal in this Court. By binding myself, I intended to represent that the Jolly Roger Defendants had joined in the Notice of Removal.

5. On or about July 21, 2006, I advised representatives of the firm of Jones & Coots, LLC, counsel for the Lehman Defendants, that the Jolly Roger Defendants consented to and would join in a removal petition in the captioned action. I informed said representatives that they could sign my name to the removal papers, with said signature being binding upon me and upon the Jolly Roger Defendants.

6. I instructed my associate, Deanna L. Weidner, to assist in the filing of the removal papers and to provide written authorization to execute the removal papers on behalf of the Jolly Roger Defendants and to consent to the removal of the captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2006

David B. Anderson

Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan Services, Inc.,
Peter R. Kern and Oak Asset Management, LLC

_____
David B. Anderson (AND006)
Ryan K. Cochran (COC020)
Deanna L. Weidner (WEI038)

Attorneys for Capital Seven Recovery, LLC, Jolly
Roger I, Inc. n/k/a Jolly roger, LLC; Peter Fahey,
and Larry Carlson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

by placing a copy of the same properly addressed, postage prepaid in the United States Mail, first class delivery this _____ day of July, 2006.

_____
Of Counsel

4411.1        2