IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BEN F. BEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LEHMAN BROTHERS | ) | CIVIL ACTION NO. |
| HOLDINGS, INC., d/b/a LEHMAN | ) | |
| CAPITAL, PETER R. KERN, OAK | ) | 2:06-CV-653-WHA |
| ASSET MANAGEMENT, LLC, | ) | |
| MIDLAND LOAN SERVICES, | ) | |
| INC. JOLLY ROGER, LLC; | ) | |
| JOLLY ROGER 1, INC., CAPITAL | ) | |
| SEVEN RECOVERY, LLC, PETER | ) | |
| FAHEY, LARRY W. CARLSON, | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF DEANNA L. WEIDNER

Deanna L. Weidner, pursuant to 28 U.S.C. § 1746, declares:

1.    I have personal knowledge of the facts set forth herein and they are true and correct.  I am counsel of record for Jolly Roger, LLC, Jolly Roger 1, Inc., Capital Seven Recovery, LLC, Peter Fahey and Larry W. Carlson (the "Jolly Roger Defendants").

2.    Prior to July 21, 2006, I had numerous conversations with counsel for Lehman Brothers Holdings, Inc., Peter R. Kern, Oak Asset

5178.4

Management, LLC, and Midland Loan Services (the "Lehman Defendants") in order to coordinate the drafting and filing of a joint Notice of Removal.

3.    Counsel for all defendants agreed that our firm would draft the joint Notice of Removal and counsel for the Lehman Defendants would obtain the state court records and file the Notice of Removal.  We also agreed that the Jolly Roger Defendants would file their Response and Answer to Plaintiffs Complaint the same day as the filing of the Notice of Removal, so as to prevent a voluntary dismissal and subsequent re-filing.

4.    Our firm drafted the Notice of Removal on behalf of all defendants evidenced by the numbers in the lower, left, bottom corner which are consistent with our firm's document system.

5.    The representations in the Notice of Removal, absent those pertaining only to the Lehman Defendants, are representations by the Jolly Roger Defendants.  We intended to bind the Jolly Roger Defendants pursuant to those representations.

6.    As counsel to the Jolly Roger Defendants, I granted Lehman's Counsel authority to sign the Notice of Removal on behalf of the Jolly Roger Defendants.

7.    By signing the Petition and sending it to counsel, I intended to authorize my signature and to bind myself and the Jolly Roger Defendants to the allegations of the Petition.

5178.4

8.    On July 21, 2003, I forwarded the Notice of Removal, the Notice of Filing of Notice of Removal, the prepared Civil Cover Sheet and two signed signature pages to the Lehman Defendants via email.    Pursuant to instructions that I received from David Anderson, the email expressly granted Lehman's counsel, as our limited agents, authority to sign our names to the Notice of Removal and Notice of Filing of Removal.    I signed one signature page and witnessed David Anderson's signing of the other signature page.    David Anderson directed me to forward our signed signature pages to Lehman's counsel.    Attached hereto as Exhibit A is a true and correct copy of the email I sent to Lehman's counsel (redacted), along with true and correct copies of the attachments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2006

_____

Deanna L. Weidner

5178.4

```
 ----- Original Message -----
From: "Deanna Weidner" <Deanna.Weidner@wallerlaw.com>
To: <mjones@troycable.net>; "Leesa Fleming" <jonessport@troycable.net>;
<tlucasbutts@yahoo.com>
Cc: "David Anderson" <david.anderson@wallerlaw.com>; "Ryan Cochran"
<Ryan.Cochran@wallerlaw.com>
Sent: Friday, July 21, 2006 1:56 PM
Subject: Ben Beard Notice of Removal and Notice of Filing Removal
```

Dear Mike, Terry and Leesa,

Attached are the edited Notice of Removal and the edited Notice of Filing of Removal.  I have also attached a federal cover sheet.  This email is to confirm that today you will file the Notice of Removal, along with the state court record in Montgomery and the Notice of Filing of Removal, with the Notice of Removal and exhibit 1 attached in Pike County. We will file our answer electronically in the District Court.

I have also attached signed signature pages for both documents that you are filing and grant you permission to sign my name to both documents.

## REDACTED

As soon as the Notice of Removal is filed, please have the runner call my assistant, Suzanne Wallace, with the case number so that we can file the answer.  Her direct number is 205-226-5712.  If you have any trouble, please be sure to call my cell phone: 205-249-4899.

Thank you,

Deanna Weidner
Waller Lansden Dortch & Davis, LLC
AmSouth/Harbert Plaza
1901 Sixth Avenue North, Suite 1900
Birmingham, AL  35203
Phone:  (205) 226-5707
Fax:  (205) 214-8787
Email: deanna.weidner@wallerlaw.com
Website:  www.wallerlaw.com

## REDACTED

1

Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan
Services, Inc., Peter R. Kern and
Oak Asset Management, LLC

David B. Anderson (AND006)
Ryan K. Cochran (COC020)
Deanna L. Weidner (WEI038)

Attorneys for Capital Seven Recovery LLC, Jolly
Roger I, Inc. n/k/a Jolly Roger LLC; Peter Fahey,
and Larry Carlson

OF COUNSEL:
WALLER, LANSDEN, DORTCH & DAVIS, LLP
1901 6th Avenue North, Suite 1400
Birmingham, AL 35203
Phone: 205-214-6380
Fax: 205-214-8787

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by
placing a copy of the same properly addressed, postage prepaid in the United States Mail, first
class delivery:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

This the _____ day of July, 2006

Of Counsel

4417.2                                    5

Michael E. Jones (JON039)
Jones & Coots, LLC
P. O. Box 367
Luverne, Alabama 36049
(334) 335-6534

Attorneys for Defendants
Lehman Brothers Holdings Inc.
d/b/a Lehman Capital, Midland Loan Services, Inc.,
Peter R. Kern and Oak Asset Management, LLC

David B. Anderson (AND006)
Ryan K. Cochran (COC020)
Deanna L. Weidner (WEI038)

Attorneys for Capital Seven Recovery, LLC, Jolly
Roger I, Inc. n/k/a Jolly roger, LLC; Peter Fahey,
and Larry Carlson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Lee R. Benton, Esq.
C. Steven Ball, Esq.
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

by placing a copy of the same properly addressed, postage prepaid in the United States Mail, first
class delivery this _____ day of July, 2006.

Of Counsel

4411.1                                              2