IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv653-WHA |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., | ) |
| etc., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion for Leave to File Reply Brief in Support of Plaintiff's Motion to Remand (Doc. #23), filed on August 28, 2006, and for good cause shown, the motion is GRANTED, and the reply brief attached to the motion as Exhibit A is allowed to be filed.

DONE this 29th day of August, 2006.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE