IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN F. BEARD, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS, | ) |
| INC., d/b/a LEHMAN CAPITAL, | ) |
| PETER R. KERN, OAK ASSET | ) CIVIL ACTION NO. |
| MANAGEMENT, LLC, MIDLAND | ) 2:06-CV-653-WHA |
| LOAN SERVICES, INC., JOLLY | ) |
| ROGER LLC, JOLLY ROGER 1, INC., | ) |
| CAPITAL SEVEN RECOVERY LLC, | ) |
| PETER FAHEY, LARRY W. | ) |
| CARLSON, | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Capital Seven Recovery LLC, Jolly Roger I, Inc. n/k/a Jolly Roger LLC; Peter Fahey, and Larry Carlson, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an order striking defendants' counsel's signature on Notice of Removal as a Rule 11 Sanction and remanding case to state court, which was entered in this action on the 15th day of September, 2006.

        Respectfully submitted,

        /s/ Deanna L. Weidner
        David B. Anderson (AND006)
        Ryan K. Cochran (COC020)
        Deanna L. Weidner (WEI038)
        Attorneys for Capital Seven Recovery LLC, Jolly
        Roger I, Inc. n/k/a Jolly Roger LLC; Peter Fahey,
        and Larry Carlson

6069.2

OF COUNSEL:

WALLER, LANSDEN, DORTCH & DAVIS, LLP
AmSouth-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, AL  35203
Phone:  205-214-6380
Fax:  205-214-8787

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th  day of  October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

    Lee R. Benton, Esq.
    C. Steven Ball, Esq.
    Benton & Centeno, LLP
    2019 Third Avenue North
    Birmingham, AL  35203

    Richard H. Gill
    J. David Martin
    Copeland Franco Screws & Gill, PA
    PO Box  347
    Montgomery, AL  36101-0347

    Terry L. Butts, Esq.
    PO Drawer 272
    Luverne, AL  36049

    Michael E. Jones, Esq.
    Jones & Coots, LLC
    PO Box 367
    Luverne, AL  36049

                             /s/ Deanna L. Weidner
                            OF COUNSEL