## IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 29 2007
THOMAS K. KAHN
CLERK

No. 06-15508-DD

BEN F. BEARD,

Plaintiff-Appellee,

versus

JOLLY ROGER, LLC,
JOLLY ROGER, I, INC.,
CAPITAL SEVEN RECOVERY, LLC,
et al.

Defendants-Appellants.

On Appeal from the United States District Court for the
Middle District of Alabama

### ENTRY OF DISMISSAL

Pursuant to Joint Stipulation of Parties and Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above-referenced appeal was duly entered dismissed this 29th day of March 29, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Elora E. Jackson
Deputy Clerk

FOR THE COURT - BY DIRECTION